```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MERCK SHARP & DOHME CORP.,**

        Plaintiff,        Civil Action No. 1:19cv101
                                                       (Judge Keeley)
   v.

**MYLAN PHARMACEUTICALS INC.,**

        Defendant.

## [PROPOSED] ORDER

Pending before the Court is the parties' Joint Motion to Extend Time to File Objections to Exhibits. For the reasons stated therein and for other good cause appearing to the Court, the motion is **GRANTED**. The Court **ORDERS** that the parties file their objections to exhibits not later than November 19, 2021.

It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: November __, 2021

                                              _____
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE