# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> *Defendant.* | C.A. No. 1:19-cv-101 (IMK) |

## NOTICE

Plaintiff Merck Sharp & Dohme Corp. ("Plaintiff") makes this submission to notify the Court and Defendant that it has elected not to assert Claims 4 through 7 of the '708 patent at trial, to simplify and streamline the presentation of evidence.

Dated:  December 2, 2021

Respectfully submitted,

CAREY, DOUGLAS, KESSLER & RUBY, PLLC

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB # 635)
Steven R. Ruby (WVSB #10752)
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com

OF COUNSEL:

Bruce R. Genderson (*admitted PHV*)
Stanley E. Fisher (*admitted PHV*)
David Krinsky (*admitted PHV*)
Elise Baumgarten (*admitted PHV*)
Alexander S. Zolan (*admitted PHV*)

Shaun P. Mahaffy (*admitted PHV*)
Anthony H. Sheh (*admitted PHV*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
sfisher@wc.com
dkrinsky@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com

*Counsel for Plaintiff*
*Merck Sharp & Dohme Corp.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**MERCK SHARP & DOHME CORP.**

                    Plaintiff,

v.                                           C.A. No. 1:19-cv-00101 (IMK)

**MYLAN PHARMACEUTICALS INC.,**
and **MYLAN INC.**

                    Defendants.

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of December 2021, I electronically filed the foregoing "NOTICE," with the Clerk of the Court using the CM/ECF system, which will send notice of the same to all counsel of record.

                                                      /s/     Steven R. Ruby
                                                      Steven R. Ruby (WVSB #10752)