# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### At Clarksburg

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. <br><br> Defendants. | Case No. 1:19-CV-00101-IMK |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Brian J. Sodikoff <br> Applicant's Name | Mylan Pharmaceuticals Inc. <br> Representing (Party Name) |
| Katten Muchin Rosenman LLP <br> Name of Applicant's Firm | 525 W. Monroe Street, Chicago, IL 60661-3693 <br> Applicant's Office Address |
| (312) 902-5462 <br> Applicant's Office Telephone Number | (312) 902-1061 <br> Applicant's Office Fax Number |
| brian.sodikoff@katten.com <br> Applicant's Email Address | |

Name, Address, and Telephone Numbers of State Bars in which Applicant is admitted:
State of Illinois, Bar No. 6279834, 20 S Clark Street, Ste 900, Chicago, IL 60603 (312) 726-8775

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:
None

### PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which any member of applicant's firm, partnership or corporation is or has been involved in the preceding twenty-four (24) months:
VIIV Healthcare Company, et al. v. Mylan Pharmaceuticals, Inc., et al. 1:17-CV-00197; Boehringer Ingelheim Pharmaceuticals Inc., et al. v. Mylan Pharmaceuticals Inc., et al. 1:20-CV-00019; Almirall, LLC v. Mylan Pharmaceuticals Inc., 1:20-CV-00006; Astellas US LLC, et al. v. Mylan Pharmaceuticals Inc. 1:21-CV-00032; Pfizer Inc., et al. v. Mylan Pharmaceuticals Inc., et al. 1:20-CV-00244; Actelion Pharmaceuticals Ltd. v. Mylan Pharmaceuticals Inc. 1:20-CV-00110; Merck Sharp & Dohme Corp. v. Mylan Pharmaceuticals Inc., et al. 1:19-CV-00101; Pfizer Inc., et al. v. Mylan Pharmaceuticals Inc, et al. 1:19-CV-00097

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://pacerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:
1) Submitted with this application the requisite fee of Two Hundred Dollars ($200.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**
2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

| | |
|---|---|
| William J. O'Brien | *[signature]* |
| Name of Responsible Local Attorney | Signature of Applicant |
| 304-933-8000 | Steptoe & Johnson PLLC |
| Office Local Attorney Telephone Number | Name of Responsible Attorney's Firm |
| william.obrien@steptoe-johnson.com | 400 White Oaks Boulevard, Bridgeport, WV 26330 |
| Responsible Attorney's Email Address | Responsible Attorney's Office Address |

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

*[signature: William J. O'Brien]*

Signature of Responsible Local Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2021, I electronically filed the foregoing **"Application for Admission *Pro Hac Vice*"** for Brian J. Sodikoff with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following counsel of record:

Alexander S. Zolan (*admitted PHV*)
azolan@wc.com
Anthony Sheh (*admitted PHV*)
asheh@wc.com
Bruce R. Genderson (*admitted PHV*)
bgenderson@wc.com
David Krinsky (*admitted PHV*)
dkrinsky@wc.com
Elise M. Baumgarten (*admitted PHV*)
EBaumgarten@wc.com
Jessamyn S. Berniker
jberniker@wc.com
Jihad Komis (*admitted PHV*)
jkomis@wc.com
Jingyuan Luo (*admitted PHV*)
jluo@wc.com
Sarahi Uribe (*admitted PHV*)
suribe@wc.com
Shaun P. Mahaffy (*admitted PHV*)
smahaffy@wc.com
Stanley E. Fisher (*admitted PHV*)
sfisher@wc.com
Vanessa Omoroghomwan (*admitted PHV*)
vomoroghomwan@wc.com
**WILLIAMS & CONNOLLY LLP – WASHINGTON**
725 Twelfth St. NW
Washington, DC 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

James F. Companion
jfc@schraderlaw.com
Sandra K. Law
skl@schraderlaw.com
Frank X. Duff
fxd@schraderlaw.com
**SCHRADER COMPANION DUFF & LAW, PLLC**
401 Main Street
Wheeling, WV 26003
Phone: (304) 233-3390
Fax: (304) 233-2769

Michael W. Carey
mwcarey@csdlawfirm.com
Steven Robert Ruby
sruby@cdkrlaw.com
**CAREY, DOUGLAS, KESSLER & RUBY, PLLC**
707 Virginia Street, East
Suite 901
Charleston, WV 25301
Phone: (304) 345-1234
Fax: (304) 342-1105

*Attorneys for Plaintiff*

    */s/ William J. O'Brien*
William J. O'Brien (WV Bar #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
william.obrien@steptoe-johnson.com

*Attorney for Defendant*