LAW OFFICES
# CAREY DOUGLAS KESSLER & RUBY PLLC
901 CHASE TOWER
707 VIRGINIA STREET EAST
CHARLESTON, WV 25323

MICHAEL W. CAREY
ROBERT E. DOUGLAS
JOHN A. KESSLER
STEVEN R. RUBY
DAVID R. POGUE
RAYMOND S. FRANKS II
S. BENJAMIN BRYANT

TELEPHONE  (304) 345-1234
TELEPHONE  (304) 342-1111
FACSIMILE   (304) 342-1105

December 7, 2021

Honorable Irene M. Keeley
Senior U.S. District Judge
500 West Pike Street
Clarksburg, WV  25302

   Re: Merck v. Mylan
     C.A. No. 1:19-cv-101(IMK)

Dear Judge Keeley:

After the final pretrial conference last week, the parties have conferred and would like to make the following proposals:

1. Post-trial briefing page limits and due dates:
   - Plaintiff's Opening Brief on Infringement and Defendant's Opening Brief on Validity: 25 pages each, due January 28, 2022
   - Plaintiff's Responsive Brief on Validity and Defendant's Responsive Brief on Infringement: 35 pages each, due February 25, 2022
   - Plaintiff's Reply Brief on Infringement and Defendant's Reply Brief on Validity: 10 pages each, due March 18, 2022
2. The parties are available for closing arguments on: April 12, 13, 14, and 19.
3. Length of openings: 60 minutes each.

Please do not hesitate to contact counsel if you have any questions or concerns.

            Very truly yours,

            Steven R. Ruby

SRR/nes