IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| MERCK SHARP & DOHME CORP, <br><br> *Plaintiff,* <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> *Defendant*. | C.A. No. 1:19-cv-101 (IMK) |

**STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT**

Plaintiff Merck Sharp & Dohme Corp. ("Merck") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") hereby STIPULATE, and request that the Court ORDER, as follows:

1. With respect to Mylan's ANDA Nos. 202473 and 202478, for purposes of this action, Mylan stipulates to infringement of claims 1, 2, and 19 of U.S. Patent No. 7,326,708 ("the '708 patent"), provided that the claim at issue remains asserted at trial and is not proven invalid at trial;

2. Nothing in this stipulation precludes Mylan from pursuing any other defenses, including contesting the validity of any of claims 1, 2, or 19 of the '708 patent;

3. With respect to Mylan's ANDA Nos. 202473 and 202478, for purposes of this action, Plaintiff will not assert infringement of claims 4-18 or 20-24 of the '708 patent;

4. The parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters of

infringement as stipulated herein.  The parties also make this stipulation without prejudice to or waiver of their rights with respect to IPR2020-00040 and any appeal thereof;

       5.     This stipulation cannot be used for any other proceeding or for any other purpose except as expressly stipulated herein, including to argue that any other patent claims are infringed.

IT IS HEREBY STIPULATED:

Dated:  December 10, 2021

CAREY, DOUGLAS, KESSLER & RUBY, PLLC

/s/      Steven R. Ruby
Michael W. Carey (WVSB # 635)
Steven R. Ruby (WVSB #10752)
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com

OF COUNSEL:

Bruce R. Genderson (*admitted PHV*)
Jessamyn S. Berniker (*admitted PHV*)
Stanley E. Fisher (*admitted PHV*)
Alexander S. Zolan (*admitted PHV*)
Shaun P. Mahaffy(*admitted PHV*)
Anthony H. Sheh (*admitted PHV*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com

Respectfully submitted,

STEPTOE & JOHNSON, PLLC

/s/ Gordon H. Copland
Gordon H. Copland (WV Bar #828)
William J. O'Brien (WV Bar #10549)
400 White Oaks Blvd.
Bridgeport, WV 26330
(304) 933-8000
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

OF COUNSEL:

Deepro R. Mukerjee (*admitted PHV*)
Lance A. Soderstrom (*admitted PHV*)
KATTEN MUCHIN ROSENMAN
575 Madison Avenue
New York, NY 10022
(212) 940-8800
deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com
Jitendra Malik (*admitted PHV*)
Joseph M. Janusz (*admitted PHV*)
KATTEN MUCHIN ROSENMAN
550 S. Tryon Street
Suite 2900
Charlotte, NC 28202
(704) 344-3182
alissa.pacchioli@kattentlaw.com
jitty.malik@kattenlaw.com
joe.janusz@kattenlaw.com

2

*Counsel for Plaintiff*  *Counsel for Defendant*
*Merck Sharp & Dohme Corp.*  *Mylan Pharmaceuticals Inc.*

IT IS SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE