```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MERCK SHARP & DOHME CORP.,**

        Plaintiff/Counter-Defendant,

v.                                            CIVIL ACTION NO. 1:19CV101
                                                    (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

        Defendant/Counter-Claimant.

## ORDER FOLLOWING BENCH TRIAL

For the reasons stated on the record, the Court:

1. **DIRECTS** the parties to file their opening briefs no later than **January 28, 2022**;

2. **DIRECTS** the parties to file their responsive briefs no later than **February 25, 2022**;

3. **DIRECTS** the parties to file their reply briefs no later than **March 18, 2022**; and

4. **SCHEDULES** oral argument on the parties' post-trial briefing for **Wednesday, April 13, 2022** at **9:00 AM**.

The Court limits the parties' opening briefs to a maximum of 25 pages, the parties' responsive briefs to a maximum of 35 pages, and reply briefs to a maximum of 10 pages.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: December 20, 2021

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE