```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MERCK SHARP & DOHME CORP.,**

        **Plaintiff,**

v.                                                    CIVIL ACTION NO. 1:19CV101
                                                                                          (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

        **Defendants.**

```
           ORDER GRANTING UNOPPOSED MOTION
            TO SUBSTITUTE PARTY [DKT. NO. 189]
```

On June 7, 2022, Merck Sharp & Dohme Corporation, filed an unopposed motion to substitute Merck Sharp & Dohme, LLC as the plaintiff in this civil action due to a transfer of ownership (Dkt. No. 189). In support, it states that, effective May 1, 2022, Merck Sharp & Dohme Corporation merged into Merck Sharp & Dohme, LLC, with the latter emerging as the surviving entity. Id.

Pursuant to Federal Rule of Civil Procedure 25(c), the Court **GRANTS** the motion (Dkt. No. 189), and **DIRECTS** the Clerk to substitute Merck Sharp & Dohme, LLC as the plaintiff in this action.

It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: June 7, 2022

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE