IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant*. | Civil Action No. 19-cv-101 (IMK) |

MERCK'S RESPONSE TO
MYLAN'S NOTICE OF SUPPLEMENTAL AUTHORITY

The cited Federal Circuit decision, *Novartis Pharmaceuticals v. Accord Healthcare Inc.*, Case No. 21-1070 (June 21, 2022), has no bearing on this case. Mylan emphasizes that the majority and dissent agree that, to satisfy the written description requirement, the specification must convey that the inventors had possession of the claimed invention as of the filing date, as if that were somehow in dispute here. Merck, of course, agrees with that hornbook proposition. As explained in Merck's Responsive Post-Trial Brief (D.I. 176) on pages 34-35, the '708 patent contains an explicit disclosure of the claimed 1:1 DHP salt of sitagliptin, including "a hydrate thereof," thereby demonstrating possession. *Id.* (citing *GlaxoSmithKline LLC v. Banner Pharmacaps, Inc.*, 744 F.3d 725, 730-31 (Fed. Cir. 2014) (holding, on similar facts, that a claim to a compound or "a pharmaceutically acceptable solvate thereof" had written description support)).[1]

---

[1] *Novartis* involved the absence of support for a "negative limitation" in a method of treatment claim. None of the asserted claims here include such a limitation.

Dated: June 23, 2022

*Of Counsel*:

Bruce R. Genderson (*admitted PHV*)
Stanley E. Fisher (*admitted PHV*)
David M. Krinsky (*admitted PHV*)
Elise Baumgarten (*admitted PHV*)
Alexander S. Zolan (*admitted PHV*)
Shaun P. Mahaffy (*admitted PHV*)
Anthony H. Sheh (*admitted PHV*)
Sarahi Uribe (*admitted PHV*)
Vanessa Omoroghomwan (*admitted PHV*)
Jihad Komis (*admitted PHV*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
sfisher@wc.com
dkrinsky@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
suribe@wc.com
vomoroghomwan@wc.com
jkomis@wc.com

Respectfully submitted,

CAREY, DOUGLAS, KESSLER & RUBY, PLLC

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB #635)
Steven R. Ruby (WVSB #10752)
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com

*Counsel for Plaintiff Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on June 23, 2022, *MERCK'S RESPONSE TO MYLAN'S NOTICE OF SUPPLEMENTAL AUTHORITY* was served upon counsel of record through CM/ECF.

>*/s/ Steven R. Ruby*
>Steven R. Ruby (WVSB No. 10752)