```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MERCK SHARP & DOHME LLC,**

      **Plaintiff,**

v.                                              **CIVIL ACTION NO. 1:19CV101**
                                                          **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendants.**

**ORDER GRANTING MOTION TO AMEND FINAL JUDGMENT [DKT. NO. 195]**

On September 27, 2022, the plaintiff, Merck Sharp & Dohme LLC ("Merck"), filed a motion to amend the Final Judgment in this case (Dkt. No. 195). Finding good cause to do so, the Court **GRANTS** this motion. An Amended Final Judgment will follow.

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: September 28, 2022

                                                                 /s/ Irene M. Keeley      
                                                                 IRENE M. KEELEY
                                                                 UNITED STATES DISTRICT JUDGE