IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> *Defendant*. | C.A. No. 1:19-cv-00101 (IMK) |

## AMENDED FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order Following Bench Trial, Dkt. 193, IT IS HEREBY ORDERED THAT:

1. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval of ANDA No. 202473 shall be a date that is not earlier than the latest date of expiration of U.S. Patent No. 7,326,708, including any extensions or additional periods of exclusivity.

2. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval of ANDA No. 202478 shall be a date that is not earlier than the latest date of expiration of U.S. Patent Nos. 7,326,708 and 8,414,921, including any extensions or additional periods of exclusivity.

3. Judgment is entered in favor of Plaintiff and against Defendant.

Date: September 29, 2022

_____
HON. IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE