Form 7

**FORM 7. Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

✓ United States District Court for the  Northern District of West Virginia

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: Patent Infringement

Merck Sharp & Dohme   v.   Mylan Pharmaceuticals

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 1:19-cv-00101-IMK      Date of Judgment or Order 9/212022; 9/29/2022

Cross or related appeal? No      Date of Notice of Appeal 9/30/2022

Appellant is: ☐ Plaintiff  ✓ Defendant  ☐ Other (explain) _____

FEES: Court of Appeals docket fee paid?  ✓ Yes  ☐ No

U.S. Appeal?  ☐ Yes  ✓ No

In forma pauperis?  ☐ Yes  ✓ No

Is this matter under seal?  ☐ Yes  ✓ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

**SEE ATTACHED**

COURT REPORTER: (Name and telephone): Cindy Knecht (304-234-3968)

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

122