```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MERCK SHARP & DOHME LLC,**

        **Plaintiff,**

v.                                 **CIVIL ACTION NO. 1:19CV101**
                                                       **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

        **Defendants.**

**ORDER GRANTING JOINT MOTION TO UNSEAL MEMORANDUM OPINION
AND ORDER FOLLOWING BENCH TRIAL [DKT. NO. 202]**

On September 21, 2022, the Court entered a Memorandum Opinion and Order, granting judgment in favor of Merck Sharp & Dohme LLC (Dkt. No. 193). To protect the parties' confidential information, the Court sealed its Memorandum Opinion. On October 26, 2022, the parties jointly moved to unseal portions of this Memorandum Opinion and submitted proposed redactions for the Court's review (Dkt. No. 202). Finding the parties' proposed redactions appropriate, the Court **GRANTS** their motion and **DIRECTS** the Clerk to enter the redacted version of the Court's Memorandum Opinion (Dkt. No. 202-1) on the docket.

It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: October 26, 2022

                                                    /s/ Irene M. Keeley
                                                    IRENE M. KEELEY
                                                    UNITED STATES DISTRICT JUDGE